| Case No. | CV 18-08513-JGB (AS) | Date | March 27, 2019 |
|---|---|---|---|
| Title | Juan Hernandez v. James Robertson | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge | |
|---|---|---|
| Alma Felix | | N/A |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Petitioner: | | Attorneys Present for Respondent: |
| N/A | | N/A |

**Proceedings:** (IN CHAMBERS) ORDER TO SHOW CAUSE

On October 3, 2018, Juan Hernandez ("Petitioner") filed a Petition for Writ of Habeas Corpus by a Person in State Custody pursuant to 28 U.S.C. § 2254 ("Petition"). (Docket Entry No. 1).

On January 23, 2019 (following the filing of Respondent's Motion to Dismiss the Petition, Docket Entry No. 8), the Court issued an Order requiring Petitioner to select one of four options, because Grounds Two through Four of the Petition were unexhausted, thereby making the Petition a mixed petition, subject to dismissal. (Docket Entry No. 11). Specifically, the Court ordered Petitioner, by no later than February 12, 2019, to either: (1) voluntarily dismiss the entire action without prejudice; (2) voluntarily dismiss the unexhausted claims alleged in the Petition (Grounds Two through Four) and proceed only the exhausted claims (Grounds One and Five); (3) move for a stay of the Petition, pursuant to Rhines v. Weber, 544 U.S. 269, 277-78 (2005), while he returns to state court to exhaust his unexhausted claims (Grounds Two through Four); or (4) dismiss the unexhausted claims of the Petition (Grounds Two through Four), and pursuant to Kelly v. Small, 315 F.3d 1063 (9th Cir. 2002) ("Kelly"), overruled on other grounds by Robbins v. Carey, 481 F.3d 1143 (9th Cir. 2007), file a motion seeking a stay of his exhausted claims (Grounds One and Five) while he returns to the state court to exhaust his unexhausted claims. Id. at 4-5.

The Court's January 23, 2019 Order stated the following: " Petitioner is expressly warned that failure to timely file a response to this ORDER may result in a recommendation that this action be dismissed with prejudice for his failure to prosecute and/or obey Court orders pursuant to Federal Rule of Civil Procedure 41(b). [¶] Petitioner is further warned

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 18-08513-JGB (AS) | Date | March 27, 2019 |
|---|---|---|---|
| Title | Juan Hernandez v. James Robertson | | |

that if he does not select one of the four options within the time frames specified above, the Petition will be subject to dismissal as mixed." Id. at 6.

As of today, however, Petitioner has failed to respond to the Court's January 23, 2019 Order.

Accordingly, Petitioner is **HEREBY ORDERED TO SHOW CAUSE**, within thirty (30) days of the date of this Order (by no later than **April 26, 2019**), why this action should not be dismissed as a mixed petition, pursuant to Rose v. Lundy, 455 U.S. 509, 522 (1982).

Petitioner may file a response to this Order by availing himself of one of the four options set forth in the Court's January 23, 2019 Order: (1) voluntary dismissal of the entire action without prejudice; (2) voluntary dismissal of the unexhausted claims, as identified above, and proceeding on the exhausted claims; (3) moving for a stay of the Petition, pursuant to Rhines, while he returns to state court to exhaust the unexhausted claims, as identified above; and (4) dismissal of the unexhausted claims, as identified above, and pursuant to Kelly, move for a stay of this action.

Information regarding the requirements for, and potential consequences of, each of these options are explained in the Court's January 23, 2019 Order, a copy of which is attached.

Petitioner must file a response to this Order within thirty days of the date of this Order (by no later than **April 26, 2019**) .

**Petitioner is warned that failure to comply with this Order will result in a recommendation that this action be dismissed with prejudice for his failure to prosecute and/or comply with Court orders pursuant to Fed.R.Civ.P. 41(b) and/or dismissal without prejudice as a mixed petition.**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 18-08513-JGB (AS) | Date | March 27, 2019 |
|---|---|---|---|
| Title | Juan Hernandez v. James Robertson | | |

0 : 0

Initials of Preparer     AF