JS-6

O

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | | |
|---|---|---|
| JUAN HERNANDEZ, | ) | NO. CV 18-08513-JGB (AS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| JAMES ROBERTSON, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: September 11, 2019.

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE